The **Cardoza Law Corporation**
Michael F. Cardoza, Esq. (SBN: 194065)
Mike.Cardoza@cardozalawcorp.com
Lauren B. Veggian, Esq. (SBN: 309929)
Lauren.Veggian@cardozalawcorp.com
548 Market St. #80594
San Francisco, CA 94104
Telephone:  (415) 488-8041
Facsimile:   (415) 651-9700
*Attorneys for Plaintiff*,
Joseph Zepeda

NO JS6

# UNITED STATES DISTRICT COURT
# FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH ZEPEDA**<br><br>Plaintiff,<br><br>v.<br><br>**CAPITAL LINK MANAGEMENT, LLC AND UGH I, LLC;**<br><br>Defendant | **Case No.:** 8:19-cv-02283-PSG-KES<br><br>**[PROPOSED] JUDGMENT** |

   Whereas, on June 19, 2020, Plaintiff accepted Defendants' Rule 68 Offer of Judgment, and filed such notice of acceptance with the Court [Dkt. 24, attached as Exhibit 1].

   Whereas, the accepted Rule 68 Offer of Judgment stated that Judgment shall be entered against both Defendants in the amount of $2,501.00, plus reasonable attorneys' fees and taxable costs incurred by Plaintiff in the action up to and including June 19, 2020.

   Whereas, the accepted Rule 68 Offer of Judgment stated that the parties were to attempt to negotiate the amount of reasonable attorneys' fees and taxable costs to

---

**[PROPOSED] JUDGMENT**                                                          PAGE 1 OF 2

be paid to Plaintiff, and if unable to agree, that such amount would be determined by Motion of Plaintiff.

Whereas, the Parties are attempting to negotiate the amount of reasonable attorneys' fees and taxable costs to be paid to Plaintiff, and have been attempting to do so since the notice of acceptance was filed.

Whereas, if the Parties are unable to agree on an amount for reasonable attorneys' fees and taxable costs to be paid to Plaintiff, pursuant to Federal Rule of Civil Procedure 54(d)(2), Plaintiff will file a Motion for Attorneys' Fees and Costs within 14 calendar days of entry of Judgment against Defendants.

IT IS ORDERED AND ADJUDGED that in accordance with the notice of acceptance of Rule 68 Offer of Judgment filed on June 19, 2020, judgment is hereby entered in this case in favor of Plaintiff and against both Defendants in the amount of $2,501.00, plus reasonable attorneys' fees and costs to be determined either through negotiation, or through a Motion therefor, filed by Plaintiff on or before _____ (14 days after this Judgment is entered).

All pending dates are vacated.

DATED: _____July 22\_\_\_, 2020        _____
                                             Hon. Philip S. Gutierrez
                                             District Court Judge

[PROPOSED] JUDGMENT                                           PAGE 2 OF 2

# Exhibit 1

**The Cardoza Law Corporation**
Michael F. Cardoza, Esq. (SBN: 194065)
Mike.Cardoza@cardozalawcorp.com
Lauren B. Veggian, Esq. (SBN: 309929)
Lauren.Veggian@cardozalawcorp.com
548 Market St. #80594
San Francisco, CA 94104
Telephone: (415) 488-8041
Facsimile: (415) 651-9700
*Attorneys for Plaintiff*,
Joseph R. Zepeda

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH R. ZEPEDA; <br><br> Plaintiff, <br><br> v. <br><br> CAPITAL LINK MANAGEMENT, LLC AND UHG I, LLC; <br><br> Defendants. | **Case No.:** 8:19-cv-02283-PSG-KES <br><br> **NOTICE OF ACCEPTANCE OF DEFENDANTS' RULE 68 OFFER OF JUDGMENT** |

///

///

///

///

**NOTICE OF ACCEPTANCE OF DEFENDANTS' RULE 68 OFFER OF JUDGMENT**

## TO THE COURT:

Plaintiff Joseph R. Zepeda, through their undersigned counsel, hereby accepts Defendant Capital Link Management, LLC's and Defendant UHG I, LLC's Rule 68 Offer of Judgment, which was served on Plaintiff on June 5, 2020, via e-mail, in the amount of $2,501 for Plaintiff's damages, plus costs and reasonable attorneys' fees incurred as of June 19, 2020 (the date of expiration of the offer), in connection with this case either by negotiation or by motion. Said Offer of Judgment is attached hereto as Exhibit A.

Plaintiff hereby requests that the Court enter an Order of Judgment consistent with the accepted Rule 68 offer in accordance with the provisions of Federal Rule of Civil Procedure 68.

Respectfully Submitted,

**THE CARDOZA LAW CORPORATION**

DATED: June 19, 2020    BY: /s/ Lauren B. Veggian
　　　　　　　　　　　　Michael F. Cardoza, Esq.
　　　　　　　　　　　　Lauren B. Veggian, Esq.
　　　　　　　　　　　　Attorneys for Plaintiff,
　　　　　　　　　　　　Joseph R. Zepeda

**Notice of Acceptance of Defendants' Rule 68 Offer of Judgment**

# Exhibit A

Jeff W. Poole, Esq. (SBN 291783)
HAMRICK & EVANS, LLP
2600 West Olive Avenue, Suite 1020
Burbank, California 91505
Telephone: (818) 763-5292
Facsimile: (818) 763-2308
Email: jpoole@hamricklaw.com
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH R. ZEPEDA ) <br> ) <br>     Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CAPITAL LINK ) <br> MANAGEMENT, LLC and ) <br> UHG I, LLC ) <br> ) <br>     Defendants. ) <br> _____ ) | Case No.: 1:19-cv-00664 <br><br> **DEFENDANT CAPITAL LINK MANAGEMENT, LLC'S SECOND FED. R. CIV. P. 68 OFFER OF JUDGMENT** |

Pursuant to Rule 68 of the *Federal Rules of Civil Procedure*, Defendant Capital Link Management, LLC ("Capital Link") hereby offers to allow judgment to be taken against it in favor of Plaintiff as follows:

1. Judgment shall be entered against Capital Link in the amount of Two Thousand and One Dollars ($2,501.00), plus reasonable attorneys' fees and taxable costs incurred in this action prior to expiration of this offer, such fees and costs to be determined by agreement of the parties and, if the parties cannot agree, by the

- 1 -

- 2 -

Court upon Motion of Plaintiff.

2. The judgment entered in accordance with this Offer of Judgment is to be in total settlement of any and all claims by Plaintiff against Capital Link and Defendant UHG I, LLC.

3. This Offer of Judgment is made solely for the purposes specified in Rule 68, and is not to be construed either as an admission that Capital Link or UHG I, LLC are liable in this action, or that Plaintiff has suffered any damages.

DATED: June 5, 2020

                                  HAMRICK & EVANS, LLP

                                  */s/ Jeff W. Poole*
                                  Jeff W. Poole, Esq. (SBN 291783)

# CERTIFICATE OF SERVICE

I certify and state that I am now and at all times herein mentioned was, a citizen of the United States, over the age of eighteen (18) years, a resident of the County of Los Angeles, and not a party to the within action or cause. My business address is Hamrick & Evans, LLP, 2600 West Olive Avenue, Suite 1020, Burbank, California 91505.

I hereby certify that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I further certify that on June 5, 2020, I caused to be served the copies of the attached:

**DEFENDANT CAPITAL LINK MANAGEMENT, LLC'S SECOND FED. R. CIV. P 68 OFFER OF JUDGMENT**

on the parties in said action as follows:

☐ **BY REGULAR MAIL:** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, for collection and mailing at my place of business following ordinary business practices. Said document(s) will be deposited with United States Post Office mail box at Burbank, California, addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be serve by mail or by any other means permitted by the court rules.

☒ **BY ELECTRONIC MAIL:** On the above-mentioned date, from Burbank, California, I caused each such document to be transmitted electronically to the party(ies) at the e-mail address(es) indicated below. To the best of my knowledge, the transmission was reported as complete, and no error was reported that the electronic transmission was not completed.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on June 5, 2020, at Burbank, California.

*/s/ Heather Martindale*
Heather Martindale

# SERVICE LIST

| | |
|---|---|
| The Cardoza Law Corporation<br>Michael F. Cardoza, Esq.<br>Lauren B. Veggian, Esq.<br>548 Market Street, #80594<br>San Francisco, CA 94104 | Attorney for Plaintiff,<br>Joseph R. Zepeda<br><br>Tel: 415-488-8041<br>Fax: 415-651-9700<br>Email:<br>mike.cardoza@cardozalawcorp.com<br>Lauren.veggian@cardozalawcorp.com |

- 4 -

Defendant Capital Link Management, LLC's Second Offer of Judgment

# ATTESTATION AND CERTIFICATE OF SERVICE

I, Lauren B. Veggian, hereby certify that on June 19, 2020, I electronically filed a true and correct copy of the foregoing Notice of Acceptance of Rule 68 Offer of Judgment with the Clerk of the Court for the United States District Court for the Northern District using the CM/ECF system. I also certify that all participants in this case are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

DATED: June 19, 2020

**THE CARDOZA LAW CORPORATION**

BY: /S/ LAUREN B. VEGGIAN
LAUREN B. VEGGIAN, ESQ.
ATTORNEY FOR PLAINTIFF
JOSEPH R. ZEPEDA

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is The Cardoza Law Corporation, 548 Market Street #80594, San Francisco, CA 94104. On July 22, 2020, I served the within document(s):

**[PROPOSED] JUDGMENT**

☒ CM/ECF - by transmitting electronically the documents listed above to the electronic case filing system on this date before 11:59 p.m.  The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

☐ E-MAIL - by transmitting via e-mail the document(s) listed above to the e-mail address(es) set forth below on this date before 11:59 p.m.

☐ U.S. Mail - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Beaufort County, South Carolina addressed as set forth below.

> Jeff W. Poole
> Hamrick & Evans, LLP
> 2600 West Olive Avenue, Suite 1020
> Burbank, CA 91505
> jpoole@hamricklaw.com
> Counsel for CLM

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on July 22, 2020, at Beaufort County, South Carolina.

BY: /S/ LAUREN B. VEGGIAN

**PROOF OF SERVICE**